UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
Derrick Tyrone Smith,

             Plaintiff,

             -against-

COMMISSIONER OF SOCIAL SECURITY.,

             Defendant.

-------------------------------------------------------------x

20-CV-5619 (GBD) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

      On April 22, 2021, the Court extended the parties' deadline to file their Joint Stipulation to **August 23, 2021**. To date, the parties have not filed their Joint Stipulation. Counsel for Defendant, the Commissioner of Social Security, must file the Joint Stipulation by **September 9, 2021**. There will be no further extensions without exceedingly good cause.

      SO ORDERED.

Dated: September 1, 2021
       New York, New York

                            *s/ Ona T. Wang*
                            **Ona T. Wang**
                            United States Magistrate Judge