USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/1/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------X

DERRICK TYRONE SMITH,

Plaintiff,

-v-

ACTING COMMISSIONER OF SOCIAL SECURITY,

Defendant.

---------------------------------------------------------X

20 **CIVIL** 5619 (GBD)(OTW)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated November 1, 2021, that the decision of the Acting Commissioner of Social Security be, and hereby is, reversed and that this action be, and hereby is, remanded pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:** New York, New York
November 1, 2021

**RUBY J. KRAJICK**

**Clerk of Court**

**BY:** K Mango

**Deputy Clerk**